AO 10*
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stivers, Greg N. | US District Court, Western District of Kentucky | 09/12/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☑ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

U. S. District Court, Western District of Kentucky
241 E. Main St, Suite 120
Bowling Green, KY 42101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | ELL, Inc. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stivers, Greg N. | 09/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | State Street Realty Buyout of Law Practice Building | $379,893.00 |
| 2. 2015 | Western Kentucky University Charitable Remainder Trust Annuity | $15,575.00 |
| 3. 2015 | Kerrick Backert Receivables from law practice | $1,500.00 |
| 4. 2015 | Ell Inc-Net Rental Income | $2,780.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Bowling Green Area Convention & Visitors Bureau, salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Mark Services | Student Loan - co-signer | J |
| 2. | Chase (formerly Ocwen) | Rental Property #1 | L |
| 3. | Merill Lynch | Line of Credit | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stivers, Greg N. | 09/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Rental Property 1 Bowling Green, KY | D | Rent | L | W | | | | | |
| 2. | Rental Property 2 Bowling Green KY | D | Rent | M | W | | | | | |
| 3. | VWINX | B | Dividend | K | T | | | | | |
| 4. | FBIOX | C | Dividend | K | T | | | | | |
| 5. | FDVLX | C | Dividend | K | T | | | | | |
| 6. | Clark County, Washington municipal bond | | None | K | T | | | | | |
| 7. | Harris County, TX Municipal bond | | None | K | T | | | | | |
| 8. | Owensboro KY Electric Light & Power muni bond | | None | J | T | | | | | |
| 9. | AAPL | C | Dividend | M | T | | | | | |
| 10. | ABBV | B | Dividend | K | T | Buy (add'l) | 12/30/15 | K | | |
| 11. | Apple Options | | None | | | | 01/16/15 | K | | Expired |
| 12. | ABT | A | Dividend | J | T | | | | | |
| 13. | ATO | A | Dividend | J | T | | | | | |
| 14. | BLK | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 15. | BMY | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 16. | CCL | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 17. | CINF | A | Dividend | J | T | Buy | 01/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CL | B | Dividend | L | T | | | | | |
| 19. CSCO | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 20. CSX | A | Dividend | J | T | | | | | |
| 21. CVX | A | Dividend | K | T | Sold (part) | 12/14/15 | J | B | |
| 22. CX | | None | | | Sold | 06/11/15 | J | A | |
| 23. D | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 24. ESRX | | None | J | T | | | | | |
| 25. GD | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 26. GE | A | Dividend | J | T | | | | | |
| 27. HAS | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 28. HON | A | Dividend | J | T | | | | | |
| 29. INSM | | None | J | T | | | | | |
| 30. INTC | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 31. KO | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 32. LLY | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 33. LOW | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 34. MO | B | Dividend | L | T | Buy (add'l) | 12/30/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stivers, Greg N. | 09/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MON | A | Dividend | K | T | | | | | |
| 36. MSFT | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 37. PAYX | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 38. PFE | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 39. PG | A | Dividend | J | T | | | | | |
| 40. PKW | A | Dividend | J | T | | | | | |
| 41. RAI | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 42. RDSB | A | Dividend | J | T | | | | | |
| 43. SPLV | A | Dividend | K | T | Buy | 01/15/15 | K | | |
| 44. TJX | A | Dividend | J | T | | | | | |
| 45. V | A | Dividend | J | T | | | | | |
| 46. VZ | A | Dividend | J | T | | | | | |
| 47. WFC | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 48. BSIIX | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 49. DNP | B | Dividend | K | T | | | | | |
| 50. DIS | A | Dividend | | | Sold | 06/11/15 | J | B | |
| 51. EIGMX | A | Dividend | J | T | Buy | 02/10/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stivers, Greg N. | 09/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FESGX | A | Dividend | K | T | | | | | |
| 53. GSRLX | A | Dividend | K | T | Buy | 01/15/15 | K | | |
| 54. MCDVX | A | Dividend | | | Sold | 05/06/15 | J | A | |
| 55. PONPX | B | Dividend | K | T | Buy | 02/10/15 | K | | |
| 56. PPSPX | A | Dividend | K | T | Buy | 01/15/15 | K | | |
| 57. PSOCX | A | Dividend | K | T | Buy | 01/09/15 | K | | |
| 58. SAIFX | A | Dividend | K | T | | | | | |
| 59. RGESX | D | Dividend | L | T | Buy | 02/03/15 | L | | |
| 60. RSESX | D | Dividend | L | T | Buy | 02/03/15 | M | | |
| 61. REMSX | A | Dividend | K | T | Buy | 02/03/15 | K | | |
| 62. RRESX | A | Dividend | J | T | Buy | 02/03/15 | K | | |
| 63. RGISX | A | Dividend | K | T | Buy | 02/03/15 | K | | |
| 64. RCCSX | A | Dividend | J | T | Buy | 02/03/15 | K | | |
| 65. RINTX | B | Dividend | K | T | Buy | 02/03/15 | K | | |
| 66. RLESX | C | Dividend | K | T | Buy | 02/03/15 | K | | |
| 67. RGCSX | B | Dividend | J | T | Buy | 02/03/15 | K | | |
| 68. RFCTX | A | Dividend | K | T | Buy | 02/03/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stivers, Greg N. | 09/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. RMSSX | B | Dividend | J | T | Buy | 02/03/15 | K | | |
| 70. GOOG | | None | K | T | Buy | 12/30/15 | K | | |
| 71. UA | | None | K | T | Buy | 1/28/15 | K | | |
| 72. XLY | A | Dividend | K | T | Buy | 06/04/15 | K | | |
| 73. VOO | C | Dividend | M | T | Buy | 01/28/15 | M | | |
| 74. AWSHX | A | Dividend | J | T | | | | | |
| 75. Oppenheimer Developing Markets Fund | | None | | | Sold | 01/02/15 | M | A | |
| 76. Oppenheier Global Opportunities Fund | | None | | | Sold | 01/02/15 | M | A | |
| 77. Blackrock Equity Dividend Fund | | None | | | Sold | 01/02/15 | L | A | |
| 78. Fidelity New Insights Fund | | None | | | Sold | 01/02/15 | L | A | |
| 79. Oppenheimer International Growth Fund | | None | | | Sold | 01/02/15 | M | A | |
| 80. Wells Fargo Large Company Growth Fund | | None | | | Sold | 01/02/15 | L | A | |
| 81. Alliance Bernstein Global Bond Fund | | None | | | Sold | 01/02/15 | L | A | |
| 82. Monticello Bank | A | Dividend | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stivers, Greg N. | 09/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII  401K at Wells Fargo with former Law Partnership (Kerrick Backert) liquidated and moved to Hilliard Lyons.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Greg N. Stivers**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544